In the Matter of the Final Judicial Settlement of the Accounts of HERMAN S. LITHGOW, as Administrator, etc., of WILLIAM A. LITHGOW, Deceased.— Motion

granted and appeal dismissed, with costs. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.